IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00202-WDM-PAC

CHS, INC.,

    Plaintiff,

v.

CREATIVE GLOBAL MARKETING, LLC,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiff's Motion to Amend the Scheduling Order dated July 3, 2006 (doc. 15) is granted.

    IT IS **FURTHER ORDERED** that the scheduling order is amended to permit the deposition of the "designated CGM representative" on July 26, 2006.

Dated:  July 6, 2006