IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00202-WDM-PAC

CHS, INC.,

    Plaintiff,

v.

CREATIVE GLOBAL MARKETING, LLC,

    Defendant.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
July 11, 2006

    No response having been filed, and the motion being found timely,

    IT IS HEREBY **ORDERED** that plaintiff's Motion to Amend Complaint dated June 19, 2006, Doc. # 12, is granted.

    IT IS **FURTHER ORDERED** that the First Amended Compliant tendered on June 19, 2006 shall be considered filed this date.