IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   06-cv-00202-WDM-PAC

CHS, INC.

    Plaintiff(s),

v.

CREATIVE GLOBAL MARKETING, LLC.,

    Defendant(s).

_____

**ORDER RE: STIPULATION FOR ENTRY OF JUDGMENT**
_____

    I have reviewed the Stipulation for Entry of Judgment.  Being sufficiently advised in the premises, I order:

    1.  Judgment in plaintiff's favor in the amount of $264,000.00 shall be entered, with interest to accrue on such judgment at the rate of 8% per annum, compounded annually, from and after the date of the judgment.

    2.  Plaintiff's request that I allow immediate execution in violation of Fed. R. Civ. P. 62(a) is denied.

    DATED at Denver, Colorado, on November 8, 2006.

                                             BY THE COURT:

                                             s/ Walker D. Miller
                                             United States District Judge

PDF FINAL